| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (SBN 231239) |
| | GABRIEL OZEL (SBN 269098) |
| 2 | PARADA KOVADI (SBN 272724) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS |
| | FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS- |
| 7 | THROUGH CERTIFICATES SERIES 2006-AR13 |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.09-31756-DM |
| JULIO P. JULAO JR AND ELISA P JULAO, | Chapter 13 |
| Debtor(s). | **DECLARATION IN SUPPORT OF RESTORED MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | (11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | Property: 3906 Savannah Court, South San Francisco, California 94080 |
| | Position: First Deed of Trust |
| | DATE: June 30, 2011 |
| | TIME: 9:30am |
| | CTRM: 22 |
| | 235 Pine Street, 19th Floor |
| | San Francisco, CA 94104 |

I, Trina M. Glover, declare:

1. I am over 18 years of age and am employed as a Vice President of Loan Documentation of Wells Fargo Home Mortgage ("WFHM"), a division of Wells Fargo Bank, N.A. In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with WFHM's books and records regarding the Loan, including WFHM's servicing records and copies of the applicable Loan documents. I am

- 1 -

familiar with the manner in which WFHM maintains its books and records, including computer records relating to the servicing of the Loan. WFHM's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by WFHM in the regular course of WFHM's business. WFHM relies on such records in the ordinary course of its business.

3. According to WFHM's books and records, the Loan is evidenced by a promissory note executed by Julio P. Julao Jr and Elisa P Julao ("Debtors") and dated June 21, 2006, in the original principal amount of $664,000.00 (the "Note"). *See* Exhibit A.

4. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 3906 Savannah Court, South San Francisco, California 94080 (the "Property"). The Deed of Trust reflects that it was duly recorded. *See* Exhibit B.

5. Copies of the Note and Deed of Trust which are attached hereto as Exhibits A and B are true and correct copies of said documents contained in WFHM's business records.

6. The Deed of Trust was assigned to HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR13. A copy of the Assignment of Deed of Trust is attached hereto as Exhibit C.

7. On February 3, 2011 a Motion for Relief from Stay (AMotion@) was filed with the Court. At the hearing on the Motion on March 17, 2011, the court ordered Movant to restore the its Motion to calendar on ten (10) days written notice in the event the Debtors' loan modification application is denied. A copy of the Order is attached hereto as Exhibit D.

8. On or about April 29, 2011, Debtors' application for a loan modification was denied because of failure to provide additional information to WFHM after several attempts were made. A copy of the loan modification denial letter was mailed to the Debtors at Leon Jon Booney, Booney and Assoc, 825 Van Ness Ave. #304, San Francisco, CA 94109. A copy of the loan modification denial letter is attached hereto as Exhibit E.

9. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

10. As of April 28, 2011, the arrearage owed under the Note and Deed of Trust is $46,440.10, the post-petition arrearage owed under the Note and Deed of Trust is as follows:

| Payments | | | |
|---|---|---|---|
| **Number of Payments** | **Payment Amount** | **Payment Dates** | **Total** |
| 5 | $3,927.05 | 12/1/2010 to 4/1/2011 | $19,635.25 |
| **FEES/CHARGES** | | | |
| **Fee Type** | **Fee Amount** | | **Total** |
| suspense | $(2,445.58) | | $(2,445.58) |
| **Total Post-Petition as of April 28, 2011** | | | **$17,189.45** |

11. An additional payment came due on May 1, 2011, and on the first (1st) day of each month thereafter until the Loan is paid in full.

12. A copy of the post-petition payment accounting is attached hereto as <u>Exhibit F</u>.

13. As of April 29, 2011, the estimated payoff amount owed under the Note is approximately $711,317.92.

14. WFHM has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 12 day of May, 2011, at Ft. Mill, SC.

*Trina M. Glover* (signature)

PRINT NAME HERE: Trina M. Glover

VP of Loan Documentation

- 3 -

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY