| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (CA SBN 231239) |
| | GABRIEL OZEL (CA SBN 269098) |
| 2 | PARADA KOVADI (CA SBN 272724) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR13

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| In re | Case No. 09-31756-DM |
|---|---|
| JULIO P. JULAO JR AND ELISA P JULAO, | Chapter 13 |
| Debtor(s). | NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | Property: 3906 Savannah Court, South San Francisco, California 94080 |
| | Position: First Deed of Trust |
| | DATE: June 30, 2011<br>TIME: 9:30am<br>CTRM: 22 |
| | 235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

TO THE DEBTORS, DEBTORS' ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

- 1 -

PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered.

Dated: May 24, 2011          PITE DUNCAN, LLP

/s/ GABRIEL OZEL  (CA SBN 269098)
Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR13