Leon Jon Bonney, Esq.   (SBN 109010)
Bonney & Associates Attorney at Law
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109-7837
Tel: 1-415-986-0115 Fax: 1-415-236-6479
Email: ljbonney@earthlink.net

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Julio P Julao Jr.<br><br>Elisa P Julao<br><br>              Debtors | Case No. 09-31756 DM Ch. 13<br><br>R.S. No. GO-171<br><br>**DEBTOR'S OPPOSITION TO MOTION RELIEF FROM STAY [HSBC Wells Fargo]**<br>Hearing Date: June 30, 2011 09:30 AM<br>Judge:  MONTALI<br>Place: Crt Rm 22 – USBC 235 Pine Street San Francisco |

### DEBTOR'S OPPOSITION TO RELIEF FROM STAY R.S. No. GO-171

Movant is HSBC Bank USA, Trustee FOR Wells Fargo Asset Securities Corporation. This is a restored motion based on Movant's allegation that the debtors' loan modification was denied on the basis that the loan modification application was not submitted. Movant is in error, the loan modification was submitted.

The loan modification packet was transmitted on May 6, 2011 at 11:26 AM Pacific to Atiya.Z.Nixon@wellsfargo.com,   Cc: "Casper J Rankin" crankin@piteduncan.com; 1-866-359-7363@myfax.com; "Elisa P. Julao" elisaj@comcast.net.  The email Atiya.Z.Nixon@wellsfargo.com is Atiya Z Nixon the Wells Fargo representative that was assigned and identified to me to be the person responsible for processing the debtors' loan modification application.  Casper J Rankin is an attorney with Pite Duncan that has been identified in previous of Movant's motions as its counsel.  The phone number 1-866-359-7363 is the fax number which I was given by Wells Fargo as the number to fax the loan modification documents.  My fax service is an electronic fax service that is accomplished via email; therefore the email address of 1-866-359-7363@myfax.com was used to fax the documents.  A copy of the email evidencing the transmission is attached hereto and incorporated herein by reference.

Leon Jon Bonney
Bonney & Associates
Attorney at Law

Included in the loan modification application were the documents identified by Ms Nixon as the required documents for the loan modification application and included 1. Hardship Statement 2. Request For Modification and Affidavit (RMA) 3. WFHM Financial Worksheet 4. Dodd-Frank Certification 5. IRS FORM 4506T-EZ 6. Pay Stubs for Both Borrowers 7. 2010 Federal Income Tax Return. A copy of the loan modification application is attached hereto and incorporated herein by reference.

By letter dated April 27, 2011 Ms Nixon informed me that she was "removing" the file because she alleged she was not able to obtain additional information. However, in the same letter she stated that: "We can reopen the file once the necessary documents have been obtained." A copy of the letter is attached hereto and incorporated herein by reference. By letter dated April 29, 2011 I requested that Ms Nixon keep the file open for the reason that the documents would be delivered the following week and that the debtors had not abandoned their request for a loan modification. A copy of the letter is attached hereto and incorporated herein by reference. A copy of this letter was also delivered to Ms Nixon by fax and email dated April 29, 2011. Ms Nixon replied by email dated April 29, 2011 that: "I will open the file back up when I receive the documents needed. You can send the documents via email or fax. If you send the documents by fax please email me to notify." A copy of the email is attached hereto and incorporated herein by reference. As previously noted the loan modification packet was transmitted on May 6, 2011 at 11:26 AM Pacific to Atiya.Z.Nixon@wellsfargo.com, Cc: "Casper J Rankin" crankin@piteduncan.com; 1-866-359-7363@myfax.com; "Elisa P. Julao" elisaj@comcast.net.

By email to Ms Nixon (Atiya.Z.Nixon@wellsfargo.com) dated Tuesday, May 24, 2011 11:23 AM I requested a status update. A copy of the email is attached hereto and incorporated herein by reference. I did not receive a reply other than the *NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY* filed on May 24, 2011.

Based on Movant's representation to open the file as stated by Ms Nixon in her email dated April 29, 2011 (copy attached) it is improper for Movant to proceed with the Motion for relief without having complied with their representation. The previous orders of this court called for Movant to review and reply to debtors' loan modification application. As of the date of this pleading there has not been a formal rejection of the submitted loan modification application, nor has there been any communication regarding status.

Leon Jon Bonney
Bonney & Associates
Attorney at Law

1    WHEREFORE, debtors' request that the motion be denied and that Movant be
2    compelled to address debtors' loan modification application.

3

4    RESPECTFULLY SUBMITTED

     /s/ Leon Jon Bonney                                    Dated: June 28, 2011
5    Leon Jon Bonney Attorney for Debtors, SBN: 109010

Case: 09-31756    Doc# 83    Filed: 06/28/11    Entered: 06/28/11 14:07:32    Page 3 of 29

# CERTIFICATE OF SERVICE

I, Leon Jon Bonney, hereby certify that I am an active member of the State Bar of California, Member Number 109010, and I am not a party to the within action. My business address is 825 Van Ness Avenue, Suite 304 San Francisco, CA 94109-7837.

On June 28, 2011, a true and accurate photo-copy of the following attached document(s) was/were served by one or more of the methods checked below:

- **DEBTOR'S STATUS STATEMENT RE RELIEF FROM STAY** R.S. No. GO-171

| | |
|---|---|
| David Burchard, Trustee<br>393 Vintage Park Drive Ste 150<br>Foster City, CA 94404<br>TRUSTEE<br>Via ECF/ECM PACER at<br>TESTECF@burchardtrustee.com,<br>dburchard13@ecf.epiqsystems.com | PITE DUNCAN, LLP<br>c/o Gabriel Ozel, Esq.<br>4375 Jutland Drive, Ste 200<br>San Diego, CA 92117<br>ATTORNEY FOR CREDITOR<br>Via ECF/ECM PACER at Gabriel Ozel<br>ecfcanb@piteduncan.com<br>Via Fax 1-619-590-1385 |

☐ First Class US Post Service  ☐ Overnight Express via
☒ Facsimile Transmission  ☐ Federal Express
☐ Certified Mail  ☐ Personal Hand Delivery
☒ Via Electronic Email  ☒ Other Trustee by PACER Noticing &
 Other Parties Agreeing To Electronic Notice

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 28, 2011, in San Francisco, California.

 **/s/ Leon Jon Bonney**
By: Leon Jon Bonney SBN 109010

Leon Jon Bonney
Bonney & Associates
Attorney at Law

# ATTACHMENT 1 JULAO 09-31756 DM

## Bonney & Associates

| | |
|---|---|
| **From:** | "Leon Jon Bonney Atty" <bonney@lbonney.com> |
| **To:** | <Atiya.Z.Nixon@wellsfargo.com> |
| **Cc:** | "Casper J Rankin" <crankin@piteduncan.com>; <1-866-359-7363@myfax.com>; "Elisa P. Julao" <elisaj@comcast.net> |
| **Sent:** | Friday, May 06, 2011 11:26 AM |
| **Attach:** | BINDER LOAN MOD FINAL SEND JULAO.pdf |
| **Subject:** | Julio & Elisa Julao Ch13 09-31756 DM Loan Number: 708 0062733753 Wells Fargo Home Mortgage |

Attn: Atiya Z. Nixon

Well Fargo Home Mortgage – Loss Mitigation RMA

1000 Blue Gentian RD Ste 300

Eagan, MN 55121

Via Fax 1-866-359-7363 and Email: Atiya.Z.Nixon@wellsfargo.com

Re    Attorney's Authorization to Contact Borrowers

       Loan Number: 708 0062733753 Wells Fargo Home Mortgage

       3906 Savannah Ct, South San Francisco, CA 94080-3947

       Borrowers: Julio P Julao and Elisa P Julao

       In re Julio P Julao and Elisa P Julao Ch 13 Bankruptcy Case No. 09-31756 DM

       Request for workout options - Loan Modification Application Attached

Dear Ms Nixon,

       Attached hereto please find the "loan modification" application of Mr. and Mrs. Julao. Included here with are the following documents:

1. Hardship Statement
2. Request For Modification and Affidavit (RMA)
3. WFHM Financial Worksheet
4. Dodd-Frank Certification
5. IRS FORM 4506T-EZ
6. Pay Stubs for Both Borrowers
7. 2010 Federal Income Tax Return

       The attached documents represent all the documents and requests for information that you or your attorney has identified as being required to consider a loan modification. If there is any additional information or document that you require please let me know.

## AUTHORIZATION TO CONTACT BORROWERS:

       Please also consider this letter as authorization by Leon Jon Bonney attorney for the Julao's to WFHM, or its agents, to contact the borrowers direct for purposes of this loan modification.

Best Regards,

Leon Jon Bonney, Esq.

Bonney & Associates Attorney at Law

825 Van Ness Avenue Ste. 304 San Francisco, CA 94109-7891

Tel: 1-415-986-0115 Fax: 1-415-236-6479 Web: www.LBonney.com Email:

Bonney@LBonney.com

Licensed by the State Bar of California Since 1983. Office Hours M-F 9-5

========================================================================

The information in this e-mail, including any attachments, is considered confidential and is

## ATTACHMENT 1 JULAO 09-31756 DM

intended only for the recipient(s) listed above. This email is covered by the Electronic Communications Privacy Act, 18 USCA 2510-2521. Any review, use, disclosure,distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

**LEON JON BONNEY, ESQ.**
ATTORNEY AT LAW
BONNEY & ASSOCIATES

825 VAN NESS AVENUE, SUITE 304
SAN FRANCISCO, CA 94109-7891

TEL (415) 986-0115    FAX (415) 236-6479
Email: bonney@Lbonney.com    Web: www.Lbonney.com

May 4, 2011

Attn: Atiya Z. Nixon
Well Fargo Home Mortgage – Loss Mitigation RMA
1000 Blue Gentian RD Ste 300
Eagan, MN 55121
Via Fax 1-866-359-7363 and Email: Atiya.Z.Nixon@wellsfargo.com

Re    Attorney's Authorization to Contact Borrowers
      Loan Number: 708 0062733753 Wells Fargo Home Mortgage
      3906 Savannah Ct, South San Francisco, CA 94080-3947
      Borrowers: Julio P Julao and Elisa P Julao
      In re Julio P Julao and Elisa P Julao Ch 13 Bankruptcy Case No. 09-31756 DM
      Request for workout options - Loan Modification Application Attached

Dear Ms Nixon,
      Attached hereto please find the "loan modification" application of Mr. and Mrs. Julao. Included here with are the following documents:
   1. Hardship Statement
   2. Request For Modification and Affidavit (RMA)
   3. WFHM Financial Worksheet
   4. Dodd-Frank Certification
   5. IRS FORM 4506T-EZ
   6. Pay Stubs for Both Borrowers
   7. 2010 Federal Income Tax Return
      The attached documents represent all the documents and requests for information that you or your attorney has identified as being required to consider a loan modification. If there is any additional information or document that you require please let me know.

**AUTHORIZATION TO CONTACT BORROWERS:**
      Please also consider this letter as authorization by Leon Jon Bonney attorney for the Julao's to WFHM, or its agents, to contact the borrowers direct for purposes of this loan modification.

Cordially,

Leon Jon Bonney
Attorney at Law
Cc:    Mr. & Mrs. Julao, D Burchard Ch13 Trustee, Judge Montali,
       C Rankin Attorney for WFHM - crankin@piteduncan.com
W/attachments

LJB/mmi

LEON JON BONNEY, ESQ.
ATTORNEY AT LAW
BONNEY & ASSOCIATES

825 VAN NESS AVENUE, SUITE 304
SAN FRANCISCO, CA 94109-7891

TEL (415) 986-0115     FAX (415) 236-6479
Email: bonney@Lbonney.com     Web: www.Lbonney.com

May 4, 2011

Attn: Atiya Z. Nixon
Well Fargo Home Mortgage – Loss Mitigation RMA
1000 Blue Gentian RD Ste 300
Eagan, MN 55121
Via Fax 1-866-359-7363 and Email: Atiya.Z.Nixon@wellsfargo.com

Re     Hardship Statement
       Loan Number: 708 0062733753 Wells Fargo Home Mortgage
       3906 Savannah Ct, South San Francisco, CA 94080-3947
       Borrowers: Julio P Julao and Elisa P Julao
       In re Julio P Julao and Elisa P Julao Ch 13 Bankruptcy Case No. 09-31756 DM
       Request for workout options - Loan Modification Application

To Whom It May Concern,
       This letter is written on behalf of Borrowers Julio P Julao and Elisa P Julao and is intended as their statement of hardship.  I am authorized to write this letter on their behalf pursuant to federal bankruptcy court orders establishing me as their counsel of record.
       The Julao's suffered financial hardship due in main cause to 1) a reduction in income; 2) and increase in housing costs in particular the mortgage obligations, and 3) tax liability incurred when debtors chose t not to pay their income tax liability in favor of paying their mortgages.  The result of which was their petition for relief under Bankruptcy Ch 13 Case No. 09-31756 DM.  In summary, their efforts to maintain their home under the high costs of the two WF mortgages resulted in their insolvency (The second mortgage has since been ordered "lien stripped" by order of the bankruptcy court.).  The federal bankruptcy court recognizing their insolvency approved their Chapter 13 plan on October 16, 2009.
       The debtors continue to struggle making their mortgage payments as can be seen by the Motion for Relief from Stay filed by WFHM.  The court recognizing the true condition of financial hardship faced by the borrowers has restricted by court order the payment to WFHM to 31% of the borrowers' gross income as found under the filed Schedule I.  The Julao's are seeking a modification of their mortgage obligations under the same or similar terms as temporarily ordered by the Federal Bankruptcy Court.

Cordially,

Leon Jon Bonney
Attorney at Law
Cc:     Mr. & Mrs. Julao, D Burchard Ch13 Trustee, Judge Montali
W/attachments

LJB/mmi

Making Home Affordable Program
**Request For Modification and Affidavit (RMA)**

MAKING HOME AFFORDABLE.gov

| REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA)   page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |
|---|---|

Loan I.D. Number _____ 708 0062733753 _____  ► Servicer  Wells Fargo Home Mortgage

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name <br> Julio P Julao | Co-borrower's name <br> Elisa P Julao |
| Social Security number ■■■■ | Date of birth <br> N. 10, 1958 | Social Security number ■■■■ | Date of birth <br> June 29, 1958 |
| Home phone number with area code <br> (650) 878-5285 | Home phone number with area code <br> (650) 878-5285 |
| Cell or work number with area code <br> (415) 646-5751 | Cell or work number with area code <br> (415) 314-6132 |

*Court Redacted SSN: 01/30/11*

| | |
|---|---|
| I want to: | [✓] Keep the Property    [ ] Sell the Property |
| The property is my: | [✓] Primary Residence  [ ] Second Home  [ ] Investment |
| The property is: | [✓] Owner Occupied  [ ] Renter Occupied  [ ] Vacant |

Mailing address
3906 Savannah Ct, South San Francisco, CA 94080-3947

Property address (if same as mailing address, just write same)
same

E-mail address
elisaj@comcast.net

| | |
|---|---|
| Is the property listed for sale? [ ] Yes [✓] No | Have you contacted a credit-counseling agency for help [✓] Yes [ ] No |
| Have you received an offer on the property? [ ] Yes [✓] No | If yes, please complete the following: |
| Date of offer _____ Amount of offer $ _____ | Counselor's Name:  Leon Jon Bonney Attorney |
| Agent's Name: _____ | Agency Name:  Bonney & Associates |
| Agent's Phone Number: _____ | Counselor's Phone Number:  (415) 986-0115 |
| For Sale by Owner? [ ] Yes [ ] No | Counselor's E-mail:  Bonney@Lbonney.com |
| Who pays the real estate tax bill on your property? | Who pays the hazard insurance premium for your property? |
| [ ] I do  [✓] Lender does  [ ] Paid by condo or HOA | [✓] I do  [ ] Lender does  [ ] Paid by Condo or HOA |
| Are the taxes current? [ ] Yes [ ] No | Is the policy current?  [✓] Yes [ ] No |
| Condominium or HOA Fees [ ] Yes [ ] No | Name of Insurance Company  Allstate Insurance Company 0 -37-960342 -03/31 |
| Paid to: _____ taxes are escrowed within monthly payment | Insurance Co. Tel #:  (800) 255-7828 |
| Have you filed for bankruptcy? [✓] Yes [ ] No  If yes: [ ] Chapter 7 [✓] Chapter 13 | Filing Date:  6/26/09 |
| Has your bankruptcy been discharged? [ ] Yes [✓] No | Bankruptcy case number  09-31756 DM |

Additional Liens/Mortgages or Judgments on this property:   **Subject to ORDER VALUING LIEN OF WELLS FARGO BANK NA.

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| **Wells Fargo Bank, N.A. | 108,072.24 | (800) 241-0039 | 172364360 |

| HARDSHIP AFFIDAVIT |
|---|

I (We) am/are requesting review under the Making Home Affordable program.
**I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):**

[✓] My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.

[✓] My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

[✓] My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

[✓] My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

[✓] Other:   Due to our financial situation we had to file a bankrutpcy under Ch13 Case #09-31756 DM

Explanation (continue on back of page 3 if necessary):   SEE ATTACHED HARDSHIP LETTER FOR EXPLANATION.

Case: 09-31756    Doc# 83    Filed: 06/28/11    Entered: 06/28/11 14:07:32    Page 9 of 29

# ATTACHMENT 2 JULAO 09-31756 DM

REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA)  page 2        COMPLETE ALL THREE PAGES OF THIS FORM.

INCOME/EXPENSES FOR HOUSEHOLD        ▶ Number of People in Household: 4

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ 11,135.00 | First Mortgage Payment | $ 3,927.05 | Checking Account(s) | $ 2,500 |
| Overtime | $ 0 | Second Mortgage Payment | $ 0 | Checking Account(s) | $ |
| Child Support / Alimony / Separation² | $ 0 | Insurance | $ 420.00 | Savings/ Money Market | $ 250 |
| Social Security/SSDI | $ 0 | Property Taxes | $ part of mortgage | CDs | $ 0 |
| Other monthly income from pensions, annuities or retirement plans | $ 0 | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ 0 | Stocks / Bonds | $ 0 |
| Tips, commissions, bonus and self-employed income | $ 0 | Alimony, child support payments | $ 0 | Other Cash on Hand | $ |
| Rents Received | $ 0 | Net Rental Expenses | $ 0 | Other Real Estate (estimated value) | $ 0 |
| Unemployment Income | $ 0 | HOA/Condo Fees/Property Maintenance | $ 0 | Other Auto | $ 11,200.00 |
| Food Stamps/Welfare | $ 0 | Car Payments | $ 0 | Other Auto | $ 4,825.00 |
| Other (investment income, royalties, interest, dividends etc.) | $ 0 | Other Utilities $350.00 Chapter 13 payment $900. | $ 1,250.00 | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| Total (Gross Income) | $ 11,135.00 | Total Debt/Expenses | $ 5,597.05 | Total Assets | $18,775.00 |

INCOME MUST BE DOCUMENTED

¹Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using the back of this form if necessary.
²You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | [ ] I do not wish to furnish this information | CO-BORROWER | [ ] I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | [ ] Hispanic or Latino  [✓] Not Hispanic or Latino | Ethnicity: | [ ] Hispanic or Latino  [✓] Not Hispanic or Latino |
| Race: | [ ] American Indian or Alaska Native  [ ] Asian  [ ] Black or African American  [✓] Native Hawaiian or Other Pacific Islander  [ ] White | Race: | [ ] American Indian or Alaska Native  [ ] Asian  [ ] Black or African American  [✓] Native Hawaiian or Other Pacific Islander  [ ] White |
| Sex: | [ ] Female  [✓] Male | Sex: | [✓] Female  [ ] Male |

| To be completed by interviewer | | Name/Address of Interviewer's Employer |
|---|---|---|
| This request was taken by: [ ] Face-to-face interview [ ] Mail [ ] Telephone [ ] Internet | Interviewer's Name (print or type) & ID Number<br><br>Interviewer's Signature        Date<br><br>Interviewer's Phone Number (include area code) | |

Case: 09-31756   Doc# 83   Filed: 06/28/11   Entered: 06/28/11 14:07:32   Page 10 of 29

## ACKNOWLEDGEMENT AND AGREEMENT

***In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:***

1.  That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2.  I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.

3.  I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4.  I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.

5.  That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

6.  I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

7.  I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

8.  I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9.  I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

| | | |
|---|---|---|
| Julio P Julao | *X Julio P Julao* (signature) | 5/3/11 |
| Borrower Signature | | Date |
| Elisa P Julao | *X Elisa P Julao* (signature) | 5/3/11 |
| Co-Borrower Signature | | Date |

---

### HOMEOWNER'S HOTLINE

***If you have questions about this document or the modification process, please call your servicer.***

***If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.***



888-995-HOPE
Homeowner's HOPE™ Hotline

---

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

# FINANCIAL WORK SHEET

**WELLS FARGO** [Home Mortgage]

| | |
|---|---|
| LOAN No. : | 708-0062733753 |
| MIC/LGIC No. : | |

| Primary Insurance Certificate No. : | | | |
|---|---|---|---|
| Borrower's Name : | Julio P. Julao, Jr. | Social Security # | -6393 |
| Borrower's Name : | Elisa P. Julao | Social Security # | -6117 |
| Home Phone No. : | 415-314-6132 | Work Phone No. : | 415-646-5751 |
| If necessary who should we call to set up an appointment to appraise the property: | | | Elisa Julao |

## PROPERTY ADDRESS

Street Address, City, State, Zip Code :
3906 Savannah Court, South San Francisco, CA 94080

**MAILING ADDRESS** (If different than property address) _____ Rent __XX__ Own  How Long __5 YR__

Street Address, City, State, Zip Code:

## I. MONTHLY INCOME DATA

| DESCRIPTION | INCOME BORROWER | INCOME CO-BORROWER | TOTAL |
|---|---|---|---|
| Net Salary Wages | 3,646.00 | 4,177.00 | 7,823.00 |
| Commission/ Bonuses | 0 | 0 | |
| Other (Identify) | 0 | 0 | |
| Total Net Income | 3,646.00 | 4,177.00 | 7,823.00 |

## II. ASSETS     III. LIABILITIES

| DESCRIPTION | ESTIMATED VALUE | DESCRIPTION | MONTHLY PAYMENT | BALANCE DUE |
|---|---|---|---|---|
| HOME | $545,000.00 | MORTGAGE | 3,927.05 | 706,193.39 |
| OTHER REAL ESTATE | 0 | OTHER MORTGAGE/RENT | 0 | |
| AUTOMOBILE | 11,200.00 | ALIMONY/CHILD CARE | 0 | |
| AUTOMOBILE | 4,825.00 | AUTOMOBILE | 0 | |
| CHECKING ACCOUNTS | 2500 | AUTOMOBILE | 0 | |
| SAVING/MONEY MRKT | 0 | UTILITIES (TOTAL) | 350 | 0 |
| IRA/EOGH ACCOUNTS | 0.00 | STUDENT LOAN | 0 | |
| 401K/ESOP ACCOUNTS | 48,000.00 | CREDIT CARDS (TOTAL) | 0 | |
| STOCK/BOND CD'S | 0 | OTHER EXPENSES Ch13 | 900 | 36,000.00 |
| OTHER INVESTMENTS | 0 | | | |
| | | TOTAL: | 5,177.05 | 742,193.39 |

Please briefly explain your hardship or reason for being delinquent:
Our financial situation forced us into Ch13 Bankruptcy Case#09-31756 DM
SEE ATTACHED HARDSHIP LETTER

I (we) certify that the financial information stated above is true, and is an accurate statement of my/our financial condition.
I/we understand and acknowledge that any action taken by the lender of my/our mortgage loan on my/our behalf will be
made in strict reliance on the financial information provided. My/our signature(s) below grants the holder of my/our mortgage
the authority to obtain a credit reort to verify the information in this financial to be accurate.

NOTICE: ATI Title Co. is a subsidairy of Norwest Mortgage, Inc. A lender is allowed to require the use of an Attorney,
Escrow Agent, Credit Reorting Agency or Real Estate Appraiser chosen to represent the lender's interest.

By _____ Date: _5_ / _3_ / _11_     By _____ Date _5_ / _3_ / _11_

## FINAL INSTRUCTIONS
* Make sure you have signed and dated the form
* Include copy of your last year's Federal Tax Return with all attachments
* Include copy of your most recent pay stubs or proof of income if self-employed

**HELP FOR AMERICA'S HOMEOWNERS.**



MAKING HOME AFFORDABLE

# DODD-FRANK CERTIFICATION

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to receive assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 *et seq.*), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud or forgery, (B) money laundering or (C) tax evasion.

| Borrower | Co-Borrower |
|---|---|
| ☒ I have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction: **(a)** felony larceny, theft, fraud or forgery, **(b)** money laundering or **(c)** tax evasion | ☒ I have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction: **(a)** felony larceny, theft, fraud or forgery, **(b)** money laundering or **(c)** tax evasion |

<|1/1|

| Additional Co-Borrower (1) | Additional Co-Borrower (2) |
|---|---|
| ☐ I have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction: **(a)** felony larceny, theft, fraud or forgery, **(b)** money laundering or **(c)** tax evasion | ☐ I have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction: **(a)** felony larceny, theft, fraud or forgery, **(b)** money laundering or **(c)** tax evasion |

|1/1|>

In making this certification, I/we certify under penalty of perjury that all of the information in this document is truthful and that I/we understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

---

**Julio P Julao**
Print Borrower Name                    Borrower Signature                    **5/3/11**
                                                                             Date

**Elisa P Julao**
Print Co-Borrower Name                 Co-Borrower Signature                 **5/3/11**
                                                                             Date

---

Form **4506T-EZ**

(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

## Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

► **Request may not be processed if the form is incomplete or illegible.**

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a  Name shown on tax return. If a joint return, enter the name shown first. | 1b  First social security number on tax return |
|---|---|
| Julio P. Julao, Jr. | 6393 |
| 2a  If a joint return, enter spouse's name shown on tax return. | 2b  Second social security number if joint tax return |
| Elisa P. Julao | 6117 |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code

3906 Savannah Court, South San Francisco, CA 94080

4   Previous address shown on the last return filed if different from line 3

5   If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the tax party does with the tax information.

| Third party name | Telephone number |
|---|---|
| Wells Fargo Home Mortgage, and/or its agents | |

Address (including apt., room, or suite no.), city, state, and ZIP code

6   **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

———————   ———————   ———————   ———————

**Caution.** If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

**Note.** If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** husband or wife must sign. **Note.** For transcripts being sent to a third party, this form must be received within 120 days of signature date.

| | Telephone number of taxpayer on line 1a or 2a |
|---|---|
| | 415-314-6132 |

**Sign Here**

Julio P Julao
Signature (see instructions)     Date  5/3/11

Elisa P Julao
Spouse's signature     Date  5/3/11

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 54185S   Form **4506T-EZ** (Rev. 01-2010)

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. The tax return transcript can also be used to show you did not designate a third party (such as a mortgage company) to receive a transcript on line 5. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a fiscal tax year (that is, a tax year beginning in one calendar year and ending in the following year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request the following.

• A transcript of a business return (including estate and trust returns)

• An account transcript (contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed).

• A record of account, which is a combination of line item information and later adjustments to the account.

• A verification of nonfiling, which is proof from the IRS that you did not file a return for the year.

• A Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Form 4506-T can also be used for requesting tax return transcripts.

**Automated transcript request.** You can call 1-800-829-1040 to order a tax return transcript through the automated self-help system. You cannot have a transcript sent to a third party through the automated system.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when that return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team<br>P.O. Box 47-421<br>Stop 91<br>Doraville, GA 30362<br>770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br>512-460-2272 |
| Alaska, Arizona, California, Colorado, District of Columbia, Hawaii, Idaho, Iowa, Kansas, Maine, Maryland, Massachusetts, Minnesota, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Vermont, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br>559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team<br>Stop 6705-B41<br>Kansas City, MO 64999<br>816-292-6102 |

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form, 9 min.; Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.



⑈233034ㅐ㎡ ⑈041203824⑈9600111241㎡

| FILE#/NAME | 139311 J JULAO | | | COADDR SPOPD | ORGAN 08834 | ST 04 | JOBCODE 603524 | TAX KEY 04041000 | | PEN 11 | DEPOSIT# 02330343 | HOME ADDRESS 3906 SAVANNAH COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PERIOD: 03/13/11 - 03/26/11    CHECK DATE: 04/07/11    US EXEMPTIONS  FED: 03  STATE: 04

SOUTH SAN FRANCISCO CA
94080

| YEAR-TO-DATE DESCRIPTION | US DOLLARS | CURRENT EARNINGS DESCRIPT US DOLLARS | | DEDUCTIONS DESCRIPT US DOLLARS | | DESCRIPT US DOLLARS | | DESCRIPT | HOURS PAID |
|---|---|---|---|---|---|---|---|---|---|
| US YTD TXBL WAGES | 21191.84 | REGULAR PAY | 2377.60 | FED TAX | 310.88 | FICA TAX | 170.91 | REGULAR | 80.00 |
| US STATE WH TAX | 501.82 | TIME/HALF | 713.28 | CA ST TX | 84.30 | CA SDI | 36.26 | OVERTIME | 16.00 |
| US FICA WH TAX | 1198.18 | SHIFT PAY | 55.12 | SALARY ADV | 1200.00 | IBT LTD | 12.78 | | |
| US FEDERAL WH TAX | 2602.08 | GROSS PAY | 3146.00 | GUL EMP | 4.98 | 401KDEDUCT | 295.86 | | |
| 401K | | HMO DED | -96.20 | 401K DEDN2 | 91.56 | IBT856DUES | 65.00 | | |
| MISC TAX | 254.30 | DENTAL | -14.16 | | | | | | |
| | | VISION DED | -14.36 | | | | | | |
| | | ADJ GROSS | 3021.28 | | | | | | |

| MEMO ITEMS | US DOLLARS |
|---|---|
| ST - FICA | 3.72 |

SICK BAL  848.00
OCC BAL  1664.00
AS OF 03/26/11

BANK# : 121100782
ACCT# : ##443903

TOTAL DEDUCTIONS: 2272.53      DEPOSIT AMT:  748.75

EMPLOYEE PASS TRAVEL CHARGE DETAIL
FLT   ORG DES FLTDATE CL REL  TAXES SVC CHG

1996 LA (4/06)                          United Airlines   P.O. Box 66100   Chicago, IL 60666-0100

Case: 09-31756   Doc# 83   Filed: 06/28/11   Entered: 06/28/11 14:07:32   Page 16 of 29

2371498

DEPOSIT #: 02371498

# UNITED

DATE: 05 MAY 11

DIRECT DEPOSIT FOR:  VOID   VOID

JULIO P. JULAO

VOID

FILE  CO-ADDR  ST ORGAN
139311 SFOPD    4  8834  02371498 05/05/11

NOT NEGOTIABLE

DIRECT DEPOSIT

## THIS IS NOT A CHECK

DEPOSIT TO BANK# 121100782
ACCT# *****3903

VOID

Security feature
included
Details on back.

⑈2371498⑈ ⑆041203824⑆9600111241⑈

| FILENO | NAME | | COADDR | ORGAN | ST | JOBCODE | TAX KEY | PEN | DEPOSIT# | HOME ADDRESS |
|--------|------|--|--------|-------|-----|---------|---------|-----|----------|--------------|
| 139311 | J JULAO | | SFOPD | 08834 | 04 | 603524 | 04041000 | 11 | 02371498 | 3906 SAVANNAH COURT |

PERIOD: 04/10/11 - 04/23/11    CHECK DATE: 05/05/11    US EXEMPTIONS  FED: 03  STATE: 04    SOUTH SAN FRANCISCO CA 94080

| YEAR-TO-DATE DESCRIPTION | US DOLLARS | CURRENT EARNINGS DESCRIPT  US DOLLARS | | DEDUCTIONS DESCRIPT  US DOLLARS | | DESCRIPT | US DOLLARS | | DESCRIPT | HOURS PAID |
|--------------------------|------------|----------|--------|---------|--------|----------|------------|--|----------|------------|
| US YTD TXBL WAGES | 25882.40 | REGULAR PAY | 2377.60 | FED TAX | 201.98 | FICA TAX | 129.89 | | REGULAR | 80.00 |
| US STATE WH TAX | 976.24 | SHIFT PAY | 42.40 | CA ST TX | 37.21 | CA SDI | 27.54 | | | |
| US FICA WH TAX | 1465.40 | GROSS PAY | 2420.00 | IBT LTD | 12.78 | GUL EMP | 4.98 | | | |
| US FEDERAL WH TAX | 3051.04 | HMO DED | -96.20 | 401KDEDUCT | 295.86 | 401K DEDN2 | 91.56 | | | |
| 401K | | DENTAL | -14.16 | IBT856DUES | 65.00 | | | | | |
| MISC TAX | 310.58 | VISION DED | -14.36 | | | | | | | |
| | | ADJ GROSS | 2295.28 | | | | | | | |

| MEMO ITEMS | US DOLLARS |
|------------|------------|
| GT - FICA | 3.72 |

BANK# : 121100782
ACCT# : *****3903

SICK BAL  856.00
OCC BAL  1672.00
AS OF 04/23/11

TOTAL DEDUCTIONS:   866.80    DEPOSIT AMT:  1428.48

EMPLOYEE PASS TRAVEL CHARGE DETAIL
FLT  ORG DES FLTDATE CL REL  TAXES SVC CHG

1986 LA (4/08)

United Airlines  P.O. Box 66100  Chicago Il 60666-0100

2346064

DEPOSIT #: 02346064

**UNITED**

DATE: 21 APR 11

DIRECT DEPOSIT FOR:

JULIO P. JULAO

VOID    VOID

VOID

NOT NEGOTIABLE

DIRECT DEPOSIT
**THIS IS NOT A CHECK**
DEPOSIT TO BANK# 121100782
ACCT# ###3903

VOID

⑈ 2346064 ⑈ ⑉041203824⑈960011124⑈

| FILENO | NAME | COADDR | ORGAN | ST | JOBCODE | TAX KEY | PEN | DEPOSIT# | HOME ADDRESS |
|--------|------|--------|-------|----|---------|---------|-----|----------|--------------|
| 139311 | J JULAO | SFOPD | 08884 | 04 | 603524 | 04041000 | 11 | 02346064 | 3906 SAVANNAH COURT SOUTH SAN FRANCISCO CA 94080 |

PERIOD: 03/27/11 - 04/09/11    CHECK DATE: 04/21/11    US EXEMPTIONS  FED: 03  STATE: 04

| YEAR-TO-DATE DESCRIPTION | US DOLLARS | CURRENT EARNINGS DESCRIPT | US DOLLARS | DEDUCTIONS DESCRIPT | US DOLLARS | DESCRIPT | US DOLLARS | DESCRIPT | HOURS PAID |
|---|---|---|---|---|---|---|---|---|---|
| US YTD TXBL WAGES | 23487.12 | REGULR PAY | 2377.60 | FED TAX | 201.98 | FICA TAX | 129.68 | REGULAR | 80.00 |
| US STATE WH TAX | 539.05 | SHIFT PAY | 42.40 | CA ST TX | 57.21 | CA SDI | 27.54 | | |
| US FICA WH TAX | 1327.86 | GROSS PAY | 2420.00 | IBT LTD | 12.78 | BUL EMP | 4.98 | | |
| US FEDERAL WH TAX | 2804.06 | HMO DED | -96.20 | 401KDEDUCT | 295.86 | 401K DEDN2 | 91.56 | | |
| 401K | | DENTAL | -14.16 | | | | | | |
| MISC TAX | 281.84 | VISION DED | -14.36 | | | | | | |
| | | ADJ GROSS | 2295.28 | | | | | | |

MEMO ITEMS    US DOLLARS

BANK# 121100782
ACCT# ###3903

SICK BAL  856.00
OCC BAL  1672.00
AS OF 04/09/11

TOTAL DEDUCTIONS:    801.59    DEPOSIT AMT:  1493.69

EMPLOYEE PASS TRAVEL CHARGE DETAIL
FLT  ORG DES FLTDATE CL REL  TAXES SVC CHG

United Airlines P.O. Box 66100  Chicago Il 60666-0100

**SAN FRANCISCO UNIFIED SCH DIST**
135 Van Ness Avenue
San Francisco, CA 94102

| | |
|---|---|
| Pay Group: | CSC-Civil Service |
| Pay Begin Date: | 03/30/2011 |
| Pay End Date: | 04/12/2011 |

| | |
|---|---|
| Business Unit: | CLASS |
| Advice #: | 000000000597170 |
| Advice Date: | 04/20/2011 |

Elisa P Julao
3906 Savannah Court
South San Francisco CA 94080

| | |
|---|---|
| Employee ID: | 4431 |
| Department: | 507-DR CHARLES DREW ELEMENTARY |
| Location: | Dr. Charles Drew E.S. |
| Job Title: | IS Administrator I |
| Pay Rate: | $29.17 Hourly  Grade:396 Step:5 |

**TAX DATA:**

| | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married (one income) |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 29.170000 | 56.00 | 1,633.52 | 456.00 | 19,301.52 |
| Longevity Premium | | | 26.40 | | 192.00 |
| Vacation | 29.170000 | 24.00 | 700.08 | 64.00 | 1,866.88 |
| Overtime - Classified | 43.755000 | 8.00 | 350.04 | 16.00 | 700.08 |
| Paid Holiday | | 0.00 | | 32.00 | 933.44 |
| Sick Pay | | 0.00 | | 40.00 | 1,166.80 |
| Furlough District - Exception | | 0.00 | | 16.00 | 466.72 |
| Floating Holiday | | 0.00 | | 32.00 | 933.44 |
| | | | | | |
| Total: | | 88.00 | 2,710.04 | 656.00 | 19,094.16 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 287.40 | 1,050.53 |
| Fed MED/EE | 37.91 | 269.25 |
| Fed OASDI/EE | 100.83 | 779.90 |
| CA Withholding | 71.85 | 442.50 |
| CA SDI PTDI | 52.53 | 239.13 |
| | | |
| Total: | 539.52 | 3,665.31 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Blue Shield Pre Tax | 55.79 | 446.32 |
| Blue Shield Pre Tax | 39.44 | 315.38 |
| City Ret Full New Plan/Pick Up | 177.00 | 1,379.56 |
| | | |
| Total: | 272.23 | 2,141.76 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Local 21 ProTech Dues | 22.73 | 177.12 |
| | | |
| Total: | 22.73 | 177.12 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| 4021  Sick | | 230.41 |
| 4104  Vacation | | 301.0 |
| 2021  Clas Comp | | 0.0 |
| 6021  FL Holiday | | 0.0 |
| | | |
| Total: | | |

**TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY**

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,710.04 | 2,437.81 | 539.52 | 294.96 | 1,875.56 |
| YTD: | 19,094.16 | 17,189.40 | 3,665.31 | 2,318.88 | 13,109.97 |

| | |
|---|---|
| Advice #000000000597170 | 1,875.56 |
| Total: | 1,875.56 |

MESSAGE:

---

**SAN FRANCISCO UNIFIED SCH DIST**
135 Van Ness Avenue
San Francisco, CA 94102

| | |
|---|---|
| Date | 04/20/2011 |
| Advice No. | 597170 |

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Deposit Amount |
|---|---|
| Checking | 1,875.56 |
| | |
| Total: | 1,875.56 |

Deposit Amount:  $1,875.56

To The
Account(s) Of    ELISA P JULAO
3906 Savannah Court
South San Francisco, CA 94080

**NON-NEGOTIABLE**

**SAN FRANCISCO UNIFIED SCH DIST**
135 Van Ness Avenue
San Francisco, CA 94102

| | |
|---|---|
| Pay Group: | CSC-Civil Service |
| Pay Begin Date: | 03/16/2011 |
| Pay End Date: | 03/29/2011 |

Business Unit: CLASS
Advice #: 000000000594997
Advice Date: 04/06/2011

Elisa P Julao
3906 Savannah Court
South San Francisco CA 94080

Employee ID: 4431
Department: 507-DR CHARLES DREW ELEMENTARY
Location: Dr. Charles Drew E.S.
Job Title: IS Administrator I
Pay Rate: $29.17 Hourly    Grade:304 Step:5

TAX DATA:    Federal    CA State
Marital Status:   Married   Married (one income)
Allowances:   0    0
Addl. Pct.:
Addl. Amt.:

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 29.170000 | 56.00 | 1,633.52 | 400.00 | 11,668.00 |
| Furlough District - Exception | 29.170000 | 8.00 | 233.36 | 16.00 | 466.72 |
| Floating Holiday | 29.170000 | 16.00 | 466.72 | 32.00 | 933.44 |
| Longevity Premium | | | | 21.60 | 168.60 |
| Vacation | | | 0.00 | 40.00 | 1,166.80 |
| Overtime - Classified | | | 0.00 | 8.00 | 350.04 |
| Paid Holiday | | | 0.00 | 32.00 | 933.44 |
| Sick Pay | | | 0.00 | 40.00 | 1,166.80 |
| **Total:** | | 80.00 | 2,021.84 | 568.00 | 16,984.12 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 201.85 | 1,643.13 |
| Fed MED/EE | 29.39 | 231.34 |
| Fed OASDI/EE | 85.11 | 670.07 |
| CA Withholding | 41.35 | 370.64 |
| CA SDI FTDI | 25.46 | 196.61 |
| **Total:** | 383.16 | 3,111.79 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Shield Pre Tax | 55.70 | 390.53 |
| Blue Shield Pre Tax | 39.44 | 39.44 |
| City Ret Full New Plan/Pick Up | 159.34 | 1,202.56 |
| **Total:** | 254.37 | 1,632.53 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local 21 Pro Tech Dues | 20.43 | 154.39 |
| **Total:** | 20.43 | 154.39 |

### LEAVE BALANCES

| Description | Current | YTD |
|---|---|---|
| 1021 - Sick | | 225.41 |
| 1021 - Vacation | | 47.99 |
| 1021 - Clas Comp | | 0.00 |
| 1021 - FL-Holiday | | 0.00 |
| **Total:** | | |

### TOTALS

| | CURRENT/YTD GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current: | 2,021.84 | 1,867.47 | 383.16 | 274.80 | 1,463.88 |
| YTD: | 16,984.12 | 14,751.59 | 3,111.79 | 1,786.92 | 11,485.41 |

MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000594997 | 1,463.88 |
| **Total:** | 1,463.88 |

---

**SAN FRANCISCO UNIFIED SCH DIST**
135 Van Ness Avenue
San Francisco, CA 94102

Date
04/06/2011

Advice No.
594997

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | 1,463.88 |
| | |
| **Total:** | 1,463.88 |

Deposit Amount:   $1,463.88

To The
Account(s) Of     ELISA P JULAO
                  3906 Savannah Court
                  South San Francisco, CA 94080

# NON-NEGOTIABLE

**SAN FRANCISCO UNIFIED SCH DIST**
135 Van Ness Avenue
San Francisco, CA 94102

| Pay Group: | CSC-Civil Service | Business Unit: CLASS |
| Pay Period End: 04/13/2011 | | Advice #: 0000000000603269 |
| | | Advice Date: 05/04/2011 |

| | |
|---|---|
| Elisa P Julao | Employee ID: 4431 |
| 3906 Savannah Court | Department: 507-DR CHARLES DREW ELEMENTARY |
| South San Francisco CA 94080 | Location: Dr. Charles Drew ELS |
| | Job Title: IS Administrator I |
| | Pay Rate: $29.17 Hourly, Grade 356 Step 5 |

**TAX DATA:** Federal / CA State
Marital Status: Married / Married (one income)
Allowances: 0 / 0
Addl Pct.:
Addl Amt.:

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 29.17000 | 72.00 | 2,100.24 | 528.00 | 15,401.76 |
| Furlough District - Exception | 29.17000 | 8.00 | 233.36 | 24.00 | 700.08 |
| Longevity Premium | | | 21.60 | | 223.60 |
| Paid Holiday | | | 0.00 | 32.00 | 903.44 |
| Sick Pay | | | 0.00 | 40.00 | 1,166.80 |
| Floating Holiday | | | 0.00 | 32.00 | 933.44 |
| Overtime - Classifica | | | 0.00 | 16.00 | 700.08 |
| Vacation | | | 0.00 | 64.00 | 1,865.88 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 201.85 | 2,132.38 |
| Fed MED/EE | 29.89 | 298.84 |
| Fed OASDI/EE | 85.11 | 865.01 |
| CA Withholding | 41.35 | 483.85 |
| CA SDI PTD | 25.46 | 254.39 |

| Total: | 90.00 | 2,121.84 | 736.00 | 21,216.00 | Total: | 383.16 | 4,034.47 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Shield Pre Tax | 55.79 | 502.11 |
| Blue Shield Pre Tax | 39.64 | 118.92 |
| City Res Full New Plan Pick Up | 159.14 | 1,538.70 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local 21 ProTech Dues | 20.43 | 197.55 |

### LEAVE BALANCES

| Description | Current | YTD |
|---|---|---|
| 1021 - Sick | | 224.41 |
| 1031 - Vacation | | 56.31 |
| 1061 - Clas Comp | | 0.00 |
| 1081 - FL Holiday | | 0.00 |

| Total: | 254.57 | 2,159.73 | Total: | 20.43 | 197.55 | Total: | | |

### TOTAL GROSS / TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | Total Gross | Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,121.84 | 1,867.47 | 383.16 | 274.80 | 1,463.88 |
| YTD | 21,216.00 | 19,056.87 | 4,034.47 | 2,357.33 | 14,824.85 |

MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000000603269 | 1,463.88 |
| Total: | 1,463.88 |

---

**SAN FRANCISCO UNIFIED SCH DIST**
135 Van Ness Avenue
San Francisco, CA 94102

Date: 05/04/2011
Advice No. 603269

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | 1,463.88 |
| Total: | 1,463.88 |

Deposit Amount: $1,463.88

To The
Account(s) Of    ELISA P JULAO
3906 Savannah Court
South San Francisco CA 94080

# NON-NEGOTIABLE

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return 2010** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning , 2010, ending , 20 OMB No. 1545-0074

**Name, Address, and SSN**

See separate instructions.

PRINT CLEARLY

Your first name and initial: **JULIO P.** Last name: **JULAO JR** Your social security number: **-6393**

If a joint return, spouse's first name and initial: **ELISA P.** Last name: **JULAO** Spouse's social security number: **-6117**

Home address (number and street). If you have a P.O. box, see instructions. **3906 SAVANNAH COURT** Apt. no.

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. **SOUTH SAN FRANCISCO CA 94080**

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund ►

Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

If more than four dependents, see instructions and check here ► ☐

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name, Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see page 15) |
|---|---|---|---|
| JULAO | 9906 | Daughter | |

No. of children on 6c who:
• lived with you **1**
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ► **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 118,598 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | 6,860 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount  Gambling Winnings | 21 | 72,210 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 197,668 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | 250 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 250 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | 197,418 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **1040** (2010)

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | 38 | 197,418 |
|---|---|---|---|---|---|---|
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | | | 40 | 132,927 |
| | 41 | Subtract line 40 from line 38 | | | 41 | 64,491 |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | | | 42 | 10,950 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 53,541 |
| | 44 | Tax (see instr). Check if any tax is from: a ☐ Form 8814 b ☐ Form 4972 | | | 44 | 7,191 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | | 45 | |
| | 46 | Add lines 44 and 45 ▶ | | | 46 | 7,191 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | | |
| | 49 | Education credits from Form 8863, line 23 | 49 | | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | | |
| | 51 | Child tax credit (see instructions) | 51 | | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | | | |
| | 54 | Add lines 47 through 53. These are your total credits | | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | | 55 | 7,191 |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NO | | | 58 | 686 |
| | 59 | a ☐ Form(s) W-2, box 9 b ☐ Schedule H c ☐ Form 5405, line 16 | | | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | | | 60 | 7,877 |
| Payments | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 10,910 | | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | | | |
| | b | Nontaxable combat pay election 64b | | | | |
| | 63 | Making work pay credit. Attach Schedule M | 63 | | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | | |
| | 68 | Amount paid with request for extension to file | 68 | | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | | | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments ▶ | | | 72 | 10,910 |
| Refund | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | | | 73 | 3,033 |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ | | | 74a | 3,033 |
| Direct deposit? See instructions. | b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | | | |
| | d | Account number XXXXXXXXXXXXXXXXXXXX | | | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ 75 | | | | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | | | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☐ No

Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 12. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *[signature]* | | MECHANIC | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| *[signature]* | | COMPUTER ADMINISTRATOR | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| MICHAEL J. MARKOVICH | MICHAEL J. MARKOVICH | 04/07/11 | | P00420326 |

Firm's name ▶ Michael J. Markovich
Firm's address ▶ 6654 Mission St
Daly City CA 94014-2028

Firm's EIN ▶ _____
Phone no. 650-755-2262

Form **1040** (2010)

CAA



DATE: 04/27/11

Leon Jon Bonney
Bonney and Ass
825 Van Ness Ave. #304
San Francisco, CA 94109-7837

RE: JULIO P JULAO
WFHM: 708 -0062733753
-CASE: **09-31756**

RE: Request for workout options

Dear Sir or Madam

After reviewing the information provided to us, we must advise you that the request made by your clients, as noted above, for a Loan Modification has now been declined for the following reason(S):

____X____ REMOVING FILE DUE TO NOT BEING ABLE TO OBTAIN ADDITIONAL INFORMATION FROM OUR MORTGAGOR(S) AFTER SEVERAL ATTEMPTS MADE. I AM RECOMMENDING THIS FILE BE REMOVED FOR NOT MEETING THE NECESSARY REQUIREMENTS FOR REVIEW. WE CAN REOPEN THE FILE ONCE THE NECESSARY DOCUMENTS HAVE BEEN OBTAINED.

As the loan is still active in a bankruptcy, no other actions will proceed at this point and we are closing our file.

Please note that you still have the option of reapplying for modification consideration and/or liquidating your interest in the property by either a Short Sale or Deed in Lieu of Foreclosure. The criteria to be considered for either option is (1) the property must be marketed for 90 days or more (2) obtain a recent property appraisal, and (3) bankruptcy court approval. Once we receive verification that these criteria have been met, we will review the mortgage loan for a Short Sale or Deed in Lieu.

We regret that we could not be of greater assistance. If you have any further questions, please call us at (800) 274-7025, Monday through Friday, 8 AM to 8 PM, Central Time.

We are required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our right as against the property and are not attempting any act to collect the discharge debt from you personally

Sincerely,
Susie Brasfield
Well Fargo Home Mortgage

1000 BLUE GENTIAN RD SUITE 300. EAGAN, MN 55121
MAC#: X9999-01N PHONE: 800-274-7025 · FAX: 866-359-7363

**LEON JON BONNEY, ESQ.**
ATTORNEY AT LAW
BONNEY & ASSOCIATES

825 VAN NESS AVENUE, SUITE 304
SAN FRANCISCO, CA 94109-7891

TEL (415) 986-0115    FAX (415) 236-6479
Email: bonney@Lbonney.com    Web: www.Lbonney.com

April 29, 2011

Atiya Z. Nixon
Well Fargo Home Mortgage
1000 Blue Gentian RD Ste 300
Eagan, MN 55121
Via Fax 1-866-359-7363 and Email: Atiya.Z.Nixon@wellsfargo.com

Re    WFHM: 708_0062733753
      CASE: 09-31756
      Request for workout options - Loan Modification
      Julio P Julao and Elisa P Julao
      3906 Savannah Ct, South San Francisco, CA 94080

Dear Ms Nixon,

In reply to your letter dated April 29, 2011 (copy attached for your reference) regarding my clients workout efforts, wherein you state you will be closing your file, please do not close the file.

I expect to submit the full package of information, which you requested no later than Tuesday May 3, 2011. I have an appointment with my clients scheduled for 4 PM on Monday May 2, 2011 to obtain their signatures on the documents, which are to be submitted to you.

I will be faxing the information to you at 1-866-359-7363. Please confirm that this is the correct fax number that you require the documents to be faxed. Alternatively, if you prefer PDF copies to be sent via email, please confirm to which email address you wish the documents sent.

If you have any questions or comments please feel free to contact me. Thank you for your assistance.

Cordially,

Leon Jon Bonney
Attorney at Law
Cc:    Trustee, Clients
W/attachments

LJB/mmi



DATE: 04/29/2011

**Leon Jon Booney**
**Booney and Assoc**
**825 Van Ness Ave. #304**
**Sanfrancisco, CA 94109**

WFHM: 708_0062733753
CASE: 09-31756
RE: Request for workout options

Dear Sir or Madam:

After reviewing the information provided to us, we must advise you that the request made by your clients, as noted above, for a Loan Modification has now been declined for the following reason(S):

____X____ **REMOVING FILE DUE TO NOT BEING ABLE TO OBTAIN ADDITIONAL INFORMATION FROM OUR MORTGAGOR(S) AFTER SEVERAL ATTEMPTS MADE. I AM RECOMMENDING THIS FILE BE REMOVED FOR NOT MEETING THE NECESSARY REQUIREMENTS FOR REVIEW. WE CAN REOPEN THE FILE ONCE THE NECESSARY DOCUMENTS HAVE BEEN OBTAINED.**

As the loan is still active in a bankruptcy, no other actions will proceed at this point and we are closing our file.

Please note that you still have the option of reapplying for modification consideration and/or liquidating your interest in the property by either a Short Sale or Deed in Lieu of Foreclosure. The criteria to be considered for either option is (1) the property must be marketed for 90 days or more (2) obtain a recent property appraisal, and (3) bankruptcy court approval. Once we receive verification that these criteria have been met, we will review the mortgage loan for a Short Sale or Deed in Lieu.

We regret that we could not be of greater assistance. If you have any further questions, please call us at (800) 274-7025, Monday through Friday, 8 AM to 8 PM, Central Time.

We are required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our right as against the property and are not attempting any act to collect the discharge debt from you personally

Sincerely,

Well Fargo Home Mortgage

1000 BLUE GENTIAN RD. SUITE 300, EAGAN, MN 55121
MAC#: X9999-01N PHONE: 800-274-7025 • FAX: 866-359-7363

# ATTACHMENT 5 JULAO 09-31756 DM

**Bonney & Associates**

**From:** <Atiya.Z.Nixon@wellsfargo.com>
**To:** <bonney@lbonney.com>
**Sent:** Friday, April 29, 2011 10:41 AM
**Subject:** RE: JULIO P JULAO and ELISA P JULAO-708_0062733753

I will open the file back up when I receive the documents needed. You can send the documents via email or fax. If you send the documents by fax please email me to notify.

Thanks

**From:** Leon Jon Bonney Atty [mailto:bonney@lbonney.com]
**Sent:** Friday, April 29, 2011 11:23 AM
**To:** Nixon, Atiya Z.
**Subject:** Re: JULIO P JULAO and ELISA P JULAO-708_0062733753

April 29, 2011

Atiya Z. Nixon
Well Fargo Home Mortgage
1000 Blue Gentian RD Ste 300
Eagan, MN 55121
Via Fax 1-866-359-7363 and Email: Atiya.Z.Nixon@wellsfargo.com

Re     WFHM: 708_0062733753
       CASE: 09-31756
       Request for workout options - Loan Modification
       Julio P Julao and Elisa P Julao
       3906 Savannah Ct, South San Francisco, CA 94080

Dear Ms Nixon,

    Please see attached.In reply to your letter dated April 29, 2011 (copy attached for your reference) regarding my clients workout efforts, wherein you state you will be closing your file, please do not close the file.

    I expect to submit the full package of information, which you requested no later than Tuesday May 3, 2011.  I have an appointment with my clients scheduled for 4 PM on Monday May 2, 2011 to obtain their signatures on the documents, which are to be submitted to you.

    I will be faxing the information to you at 1-866-359-7363.  Please confirm that this is the correct fax number that you require the documents to be faxed.  Alternatively, if you prefer PDF copies to be sent via email, please confirm to which email address you wish the documents sent.

    If you have any questions or comments please feel free to contact me.  Thank you for your assistance.


Best Regards,


Leon Jon Bonney, Esq.

# ATTACHMENT 5 JULAO 09-31756 DM

Bonney & Associates Attorney at Law
825 Van Ness Avenue Ste. 304 San Francisco, CA 94109-7891
Tel: 1-415-986-0115 Fax: 1-415-236-6479  Web: www.LBonney.com Email: Bonney@LBonney.com
Licensed by the State Bar of California Since 1983. Office Hours M-F 9-5
==================================================================================
The information in this e-mail, including any attachments, is considered confidential and is intended only for the recipient(s) listed above. This email is covered by the Electronic Communications Privacy Act, 18 USCA 2510-2521.  Any review, use, disclosure,distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

----- Original Message -----
**From:** LJBonney Atty
**To:** bonney@lbonney.com
**Sent:** Friday, April 29, 2011 8:20 AM
**Subject:** Fw: JULIO P JULAO and ELISA P JULAO-708_0062733753

----- Original Message -----
**From:** Atiya.Z.Nixon@wellsfargo.com
**To:** ljbonney@earthlink.net
**Sent:** Friday, April 29, 2011 6:11 AM
**Subject:** JULIO P JULAO and ELISA P JULAO-708_0062733753

## ATTACHMENT 6 JULAO 09-31756 DM

### Bonney & Associates

**From:** "Leon Jon Bonney Atty" <bonney@lbonney.com>
**To:** <Atiya.Z.Nixon@wellsfargo.com>
**Sent:** Tuesday, May 24, 2011 11:23 AM
**Subject:** Julio & Elisa Julao Ch13 09-31756 DM Loan Number: 708 0062733753 Well Fargo Home Mortgage - Loss Mitigation RMA

Dear Ms Nixon,
I am following up on the loan modification application which I sent to you regarding the Julao's.
Is there any update at this time?


In re Julio & Elisa Julao Ch13 09-31756 DM Loan Number: 708 0062733753 Wells Fargo Home Mortgage
Re      Attorney's Authorization to Contact Borrowers
        Loan Number: 708 0062733753 Wells Fargo Home Mortgage
        3906 Savannah Ct, South San Francisco, CA 94080-3947
        Borrowers: Julio P Julao and Elisa P Julao
        In re Julio P Julao and Elisa P Julao Ch 13 Bankruptcy Case No. 09-31756 DM



Best Regards,

Leon Jon Bonney, Esq.
Bonney & Associates Attorney at Law
825 Van Ness Avenue Ste. 304 San Francisco, CA 94109-7891
Tel: 1-415-986-0115 Fax: 1-415-236-6479  Web: www.LBonney.com Email:
Bonney@LBonney.com
Licensed by the State Bar of California Since 1983. Office Hours M-F 9-5
==========================================================================:

The information in this e-mail, including any attachments, is considered confidential and is intended only for the recipient(s) listed above. This email is covered by the Electronic Communications Privacy Act, 18 USCA 2510-2521. Any review, use, disclosure,distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.