Leon Jon Bonney, Esq.    (SBN 109010)
Bonney & Associates Attorney at Law
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109-7837
Tel: 1-415-986-0115 Fax: 1-415-236-6479
Email: ljbonney@earthlink.net

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Julio P Julao Jr.<br><br>Elisa P Julao<br><br>           Debtors | Case No. 09-31756 DM Ch. 13<br><br>R.S. No. GO-171<br><br>**DECLARATION IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION RELIEF FROM STAY [HSBC Wells Fargo] [With Certificate of Service]**<br>Hearing Date: June 30, 2011 09:30 AM<br>Judge: MONTALI<br>Place: Crt Rm 22 – USBC 235 Pine Street San Francisco |

I, Leon Jon Bonney, attorney for debtors declare as follows;

     Movant is HSBC Bank USA, Trustee FOR Wells Fargo Asset Securities Corporation. This is a restored motion based on Movant's allegation that the debtors' loan modification was denied on the basis that the loan modification application was not submitted. Movant is in error, the loan modification was submitted.

     The loan modification packet was transmitted on May 6, 2011 at 11:26 AM Pacific to Atiya.Z.Nixon@wellsfargo.com,   Cc: "Casper J Rankin" crankin@piteduncan.com; 1-866-359-7363@myfax.com; "Elisa P. Julao" elisaj@comcast.net.  The email Atiya.Z.Nixon@wellsfargo.com is Atiya Z Nixon the Wells Fargo representative that was assigned and identified to me to be the person responsible for processing the debtors' loan modification application.  Casper J Rankin is an attorney with Pite Duncan that has been identified in previous of Movant's motions as its counsel.  The phone number 1-866-359-7363 is the fax number which I was given by Wells Fargo as the number to fax the loan modification documents.  My fax service is an electronic fax service that is accomplished via email; therefore the email address of 1-866-359-7363@myfax.com was used to fax the documents.

Included in the loan modification application were the documents identified by Ms Nixon as the required documents for the loan modification application and included 1. Hardship Statement 2. Request For Modification and Affidavit (RMA) 3. WFHM Financial Worksheet 4. Dodd-Frank Certification 5. IRS FORM 4506T-EZ 6. Pay Stubs for Both Borrowers 7. 2010 Federal Income Tax Return.

By letter dated April 27, 2011 Ms Nixon informed me that she was "removing" the file because she alleged she was not able to obtain additional information. However, in the same letter she stated that: "We can reopen the file once the necessary documents have been obtained." By letter dated April 29, 2011 I requested that Ms Nixon keep the file open for the reason that the documents would be delivered the following week and that the debtors had not abandoned their request for a loan modification. A copy of this letter was also delivered to Ms Nixon by fax and email dated April 29, 2011. Ms Nixon replied by email dated April 29, 2011 that: "I will open the file back up when I receive the documents needed. You can send the documents via email or fax. If you send the documents by fax please email me to notify." As previously noted the loan modification packet was transmitted on May 6, 2011 at 11:26 AM Pacific to Atiya.Z.Nixon@wellsfargo.com, Cc: "Casper J Rankin" crankin@piteduncan.com; 1-866-359-7363@myfax.com; "Elisa P. Julao" elisaj@comcast.net.

By email to Ms Nixon (Atiya.Z.Nixon@wellsfargo.com) dated Tuesday, May 24, 2011 11:23 AM I requested a status update. I did not receive a reply other than the *NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY* filed on May 24, 2011.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct according to my knowledge, information and belief. This declaration is executed in San Francisco, CA on the date noted below.

RESPECTFULLY SUBMITTED

/s/ Leon Jon Bonney                                   Dated: June 28, 2011
Leon Jon Bonney Attorney for Debtors, SBN: 109010

# CERTIFICATE OF SERVICE

I, Leon Jon Bonney, hereby certify that I am an active member of the State Bar of California, Member Number 109010, and I am not a party to the within action. My business address is 825 Van Ness Avenue, Suite 304 San Francisco, CA 94109-7837.

On June 28, 2011, a true and accurate photo-copy of the following attached document(s) was/were served by one or more of the methods checked below:

- **DEBTOR'S STATUS STATEMENT RE RELIEF FROM STAY** R.S. No. GO-171

| | |
|---|---|
| David Burchard, Trustee<br>393 Vintage Park Drive Ste 150<br>Foster City, CA 94404<br>TRUSTEE<br>Via ECF/ECM PACER at<br>TESTECF@burchardtrustee.com,<br>dburchard13@ecf.epiqsystems.com | PITE DUNCAN, LLP<br>c/o Gabriel Ozel, Esq.<br>4375 Jutland Drive, Ste 200<br>San Diego, CA 92117<br>ATTORNEY FOR CREDITOR<br>Via ECF/ECM PACER at Gabriel Ozel<br>ecfcanb@piteduncan.com<br>Via Fax 1-619-590-1385 |

☐ First Class US Post Service  ☐ Overnight Express via
☒ Facsimile Transmission  ☐ Federal Express
☐ Certified Mail  ☐ Personal Hand Delivery
☒ Via Electronic Email  ☒ Other Trustee by PACER Noticing &
  Other Parties Agreeing To Electronic Notice

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 28, 2011, in San Francisco, California.

 /s/ Leon Jon Bonney
By: Leon Jon Bonney SBN 109010